IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS R. OERTEL, <br> SUSAN K. OERTEL, <br> MARSHFIELD CLINIC, INC., <br> POMP'S TIRE SERVICE, INC., <br> MIDLAND FUNDING, LLC, and <br> WOOD COUNTY, WISCONSIN <br><br> Defendants. | Case No. 3:20-cv-22 |

**ORDER**

On November 16, 2020, this Court issued an opinion and order granting the United States' motion for summary and default judgments against defendants and, thereby, reducing to judgment federal tax assessments made against defendants Dennis R. Oertel and Susan K. Oertel and enforcing the United States' federal tax liens against the Oertels' personal residence, the Marshfield Property.

On November 23, 2020, due to the prevalence of the COVID-19 virus in the State of Wisconsin, the United States filed a motion with the Court requesting an extension until February 23, 2021, to seek a sale of the Marshfield Property or to file a status report explaining why additional time to seek such sale is warranted. (Dkt. 26.) The same day, the Court granted the United States' request. (Dkt. 27.)

On February 22, 2021, pursuant to this Court's order, the United States filed a status report in which it requested, due to the continued prevalence of the COVID-19 virus in the State

of Wisconsin, that the Court grant an extension until May 24, 2021, to file a motion seeking an order of sale or a supplemental status report. The United States' status report indicated that its request was unopposed.

To date, no party has filed an opposition or other response to the United States' status report. Therefore, the Court finding good cause, it is hereby

ORDERED that, on or before May 24, 2021, the United States shall file either a motion seeking an order of sale of the Marshfield Property or a supplemental status report explaining why additional time to seek such a sale is warranted.

IT IS SO ORDERED.

Dated this 22ND day of FEBRUARY, 2021, in Madison, Wisconsin.

James D. Peterson
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2021, I electronically filed the foregoing *United States' Status Report* and an associated proposed order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

/s/ *Christopher F. Suenram*
CHRISTOPHER F. SUENRAM
Trial Attorney
United States Department of Justice, Tax Division